# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Liberty Mutual Fire Insurance, Co.  )
)
)
Plaintiff(s),  )
)   Case No. 4:10-cv-00100-JCH
vs.  )
)
Cross, et al.  )
)
Defendant(s).  )

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for <u>Liberty Mutual Fire Ins.</u> hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:
   Liberty Mutual Holding Company, Inc., Liberty Mutual Group, Inc., and Liberty Mutual Holding Company Massachusetts Holdings Inc.

2. Subsidiaries not wholly owned by the corporation:
   LMIA Coinvestment LLC, Berkeley/Columbus III LLC, Liberty Insurance Holdings, Inc., Liberty Life Insurance Company of Boston, and Ohio Casualty Company

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

   _____
   Signature (Counsel for Plaintiff/Defendant)
   Print Name: Robert L. Brady
   Address: 1010 Market St.

   City/State/Zip: St. Louis/MO/63101
   Phone: 314-242-5273

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this <u>1</u> Day of <u>March</u>, 20<u>10</u>.